FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 4 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 01557 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CLARENCE A. WALKER #13673,
MICHAEL PETRIE #086092, and
EARL W. GRANT #084134,

    Plaintiffs,

v.

SHERIFF ROBINSON, et al., and
SHEILA CLARK,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCY

---

Plaintiffs have submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers that Plaintiffs file in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   xx   is not submitted (<u>each named Plaintiff must submit an individual motion</u>)
(2)   __   is missing affidavit
(3)   xx   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>each named Plaintiff must submit</u>

|     |    | an account statement in support of their motion) |
| --- | --- | --- |
| (4) | __ | is missing required financial information |
| (5) | xx | is missing an original signature by the prisoner (<u>each individual motion must be signed</u>) |
| (6) | __ | is not on proper form (must use the court's current form) |
| (7) | __ | names in caption do not match names in caption of complaint, petition or habeas application |
| (8) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (9) | __ | other:_____. |

**Complaint, Petition or Application:**
| | | |
| --- | --- | --- |
| (10) | __ | is not submitted |
| (11) | __ | is not on proper form (must use the court's current form) |
| (12) | xx | is missing an original signature by the prisoner (<u>each named Plaintiff must sign the complaint</u>) |
| (13) | __ | is missing page nos. __ |
| (14) | xx | uses et al. instead of listing all parties in caption |
| (15) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (16) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | __ | names in caption do not match names in text |
| (18) | __ | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to each named Plaintiff, together with a copy of this order, two copies of the following form(s): Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

FURTHER ORDERED that any named Plaintiff who fails to cure the designated

2

deficiencies **within thirty (30) days from the date of this order** will be dismissed as a party to this action without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 22d day of July, 2008.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'08 - CV - 01557**

Clarence A. Walker
Prisoner No. 13673
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155

Michael Petrie
Prisoner No. 086092
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155

Carl W. Grant
Prisoner No. 08434
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on __7/24/08__

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk