IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01557-BNB

CLARENCE A. WALKER, #13673,
MICHAEL PETRIE, #086092,
EARL W. GRANT, #08434, and
JAMES A. FAIRCLOTH, #08-2382,

    Plaintiffs,

v.

SHERIFF ROBINSON, et al., and
SHEILA CLARK,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 11 2008

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiffs Clarence A. Walker, Michael Petrie, and Earl W. Grant initiated this action by filing *pro se* an unsigned "Prisoner Complaint" and an unsigned "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915." In an order filed on July 24, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Plaintiffs to cure certain deficiencies if they wished to pursue their claims. Specifically, Magistrate Judge Boland advised Plaintiffs that each individual Plaintiff must file an individual motion seeking leave to proceed *in forma pauperis* supported by a certified copy of his inmate trust fund account statement and that each Plaintiff must sign the complaint. Plaintiffs were warned that any Plaintiff who failed to cure the deficiencies within thirty days would be dismissed as a party to the action without further notice.

On July 31, 2008, the copies of Magistrate Judge Boland's July 24 order that were mailed to Mr. Petrie and Mr. Grant were returned to the Court undelivered. The envelope addressed to Mr. Petrie bears a handwritten notation stating "Out." The envelope addressed to Mr. Grant was addressed to Carl Grant rather than Earl Grant. Therefore, on August 4, 2008, Magistrate Judge Boland entered a minute order directing that a copy of the July 24 order be mailed to Earl Grant. The copy of the August 4 minute order properly addressed to Earl Grant was returned to the Court undelivered on August 12, 2008. The copy of the August 4 minute order addressed to Mr. Petrie was returned to the Court undelivered on August 15, 2008. Neither Mr. Petrie nor Mr. Grant has cured the deficiencies in this action. Therefore, they will be dismissed as parties to the action.

On August 11, 2008, James A. Faircloth, who was not named as a Plaintiff in the original complaint, filed in this action an individual "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915." Attached to that *in forma pauperis* motion is a copy of Mr. Faircloth's inmate account statement and a certified copy of Mr. Walker's inmate account statement. Mr. Walker, however, has not filed a motion seeking leave to proceed *in forma pauperis*. Therefore, Mr. Walker has failed to cure the deficiencies and will be dismissed as a party to this action.

Also on August 11, 2008, a number of unsigned documents were filed in this action. Those documents are a "Motion to Amend," a "Motion to Certify Class," a document titled "NOTICE/BRIEF," and a "Certificate of Service."

Finally, Mr. Walker and Mr. Faircloth filed an amended "Prisoner Complaint" on August 11, 2008. The amended "Prisoner Complaint" filed on August 11 lists only Mr.

2

Walker and Mr. Faircloth as Plaintiffs and does not include all of the pages of the Court's Prisoner Complaint form. Instead, the amended "Prisoner Complaint" filed on August 11 includes the first page of the Court's Prisoner Complaint form, an individual signature page signed by Mr. Walker, an individual signature page signed by Mr. Faircloth, and an attached "Sworn Statement" signed by Mr. Faircloth. Therefore, the amended "Prisoner Complaint" filed on August 11 does not cure the deficiencies identified by Magistrate Judge Boland in his July 24 order.

For all of these reasons, the Court finds that none of the Plaintiffs have cured the deficiencies in this action. Therefore, all of the Plaintiffs will be dismissed as parties to the action and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice because none of the Plaintiffs cured the deficiencies. It is

FURTHER ORDERED that the pending motions are denied as moot.

DATED at Denver, Colorado, this 11 day of Sept, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01557-BNB

Clarence A. Walker
Prisoner No. 13673
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155

Michael Petrie
Prisoner No. 086092
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155

Carl W. Grant
Prisoner No. 08434
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/11/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk